UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) Case Nos. | CR115-064, USA v. Glisson |
| ) | CR115-065, USA v. Holliman |
| LEAVE OF ABSENCE REQUEST ) | CR115-066, USA v. Manzi |
| ) | CR115-071, USA v. Dumas |
| PATRICIA G. RHODES ) | CR115-074, USA v. Pollard |
| January 20, 2016 – January 22, 2016 ) | CR115-077, USA v. Howard, et al |
| February 22, 2016 – February 26, 2016 ) | CR115-090, USA v. Johnson |
| ) | CR115-093, USA v. Hodge, Jr. |
| ) | CR115-107, USA v. McGhee |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **January 20, 2016 through January 22, 2016 and February 22, 2016 through February 26, 2016.**

This 6th day of January, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia